# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER BOWMAN, <br><br> Plaintiff, <br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 2:17-cv-0546 BAT <br><br> ORDER FOR AWARD OF ATTORNEY'S FEES PURSUANT TO 42 USC § 406(b). <br><br> NOTE ON MOTION CALENDAR <br> September 13, 2019 *without oral argument* |

## **ORDER**

Plaintiff filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) and having considered Plaintiff's motion and the supporting documents, as well as the Defendant's response to this motion, it is hereby ORDERED that:

**1)** The Court GRANTS plaintiff's motion and authorizes reasonable attorney's fees pursuant to 42 U.S.C. § 406(b) of $7,577.25 *less* previously awarded and received EAJA fees totaling $5,094.70, to equal a total fee of $2,482.55.

2) Defendant shall release the fee of **$2,482.55** minus any applicable processing fee to Plaintiff's attorney, Rosemary B. Schurman, at 8123 NE 115 Way, Kirkland, WA 98034 or via automatic deposit.

Dated this 9th day of September , 2019

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER for 406(b) Fees- 17-546 BAT  page 1

Presented by:
s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing on August 28, 2019 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kerry Keefe, U.S. Attorney & Office of General Counsel, SSA.

s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff

ORDER for 406(b) Fees- 17-546 BAT  page 2

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law PLLC**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 888-821-0544**